# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 22-cr-03128-SRB-1 |
| v. ) | |
| ) | |
| JOSHUA EMANUEL WOOD, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Magistrate Judge David P. Rush's Report and Recommendation. (Doc. #25.) The Report and Recommendation recommended that Defendant Joshua Emanuel Wood is competent to stand trial. No party has timely filed a response or opposition to the Report and Recommendation.

After an independent review of the record and applicable law, the Court hereby ADOPTS Magistrate Judge David P. Rush's Report and Recommendation. It is hereby ORDERED that Defendant Joshua Emanuel Wood is not presently suffering from a mental disease or defect that would render him unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, and is competent to stand trial.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: May 11, 2023